UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICARDO IRIVE,<br><br>    Petitioner,<br>v.<br><br>RENEE BAKER, et al.,<br><br>    Respondents. | Case No. 3:15-cv-00487-MMD-WGC<br><br>ORDER |

  This action is a petition for a writ of habeas corpus by Ricardo Irive, a prisoner at Nevada's Ely State Prison.

  The Court received Irive's habeas petition on September 23, 2015. However, Irive did not submit the $5 filing fee for the action or file an application to proceed *in forma pauperis*.

  Irive must either pay the $5 filing fee or file an application to proceed *in forma pauperis*, or this action will be dismissed.

  It is therefore ordered that petitioner must make the necessary arrangements at the prison where he is incarcerated to pay the $5 fee for this case, by having payment of the fee sent to the court along with a copy of this order. In the alternative, petitioner may file an application to proceed *in forma pauperis*, including a signed financial certificate and a statement of his inmate account. The Clerk of the Court will send petitioner a blank *in forma pauperis* application form for incarcerated litigants. Petitioner

will have thirty (30) days from the date of this order to comply. Failure to comply with this order within the time allowed will result in the dismissal of this action.

Dated this 24th day of September 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE