UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICARDO IRIVE,<br><br>　　　　　　Petitioner,<br>　v.<br><br>RENEE BAKER, et al.,<br><br>　　　　　　Respondents. | Case No. 3:15-cv-00487-MMD-WGC<br><br>ORDER |

This action is a petition for a writ of habeas corpus by Ricardo Irive, a prisoner at Nevada's Ely State Prison. The Court received Irive's habeas corpus petition on September 23, 2015. Irive paid the filing fee for the action on October 1, 2015.

The Court has reviewed Irive's petition for a writ of habeas corpus pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The Court will direct the Clerk of the Court to serve the petition upon the respondents, and will require a response.

It is therefore ordered that the Clerk of the Court shall separately file the petition for writ of habeas corpus, which is currently attached to the notice at dkt. no. 1.

It is further ordered that the Clerk of the Court shall add Adam Paul Laxalt, Attorney General of the State of Nevada, as counsel for respondents.

It is further ordered that the Clerk of the Court shall electronically serve upon respondents a copy of the petition for writ of habeas corpus and a copy of this order.

1    It is further ordered that respondents shall have sixty (60) days from the date on which the petition is served upon them to appear in this action, and to answer or otherwise respond to the petition.

Dated this 5th day of October 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE