UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICARDO A. IRIVE,<br><br>                    Plaintiff,<br>  v.<br><br>RENE BAKER, et al,<br><br>                    Defendants. | Case No. 2:16-cv-00241-JCM-GWF<br><br><br><br><br><br><br><br>*and related case* |
| RICARDO IRIVE,<br><br>                    Plaintiff,<br>  v.<br><br>RENE BAKER, et al.,<br><br>                    Defendants. | Case No. 3:15-cv-00487-MMD-WGC<br><br>Reassignment Order |

The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge. Additionally, reassignment will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

Accordingly, it is hereby ordered that Case No. 2:16-cv-00241-JCM-GWF is reassigned to District Judge Miranda M. Du, and Magistrate Judge William C. Cobb, and all future pleadings must bear case number 2:16-cv-00241-MMD-WGC.

DATED THIS 3rd day of May 2016.

_____    _____
MIRANDA M. DU                                            JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE        UNITED STATES DISTRICT JUDGE