1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

9

| RICARDO IRIVE, | Case No. 3:15-cv-00487-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

10
11
12
13
14
15
16
17
18
19

In this habeas corpus action, on May 4, 2016, the Court appointed counsel for the petitioner, Nevada prisoner Ricardo Irive. (ECF No. 22.) On May 24, 2016, counsel appeared on behalf of Irive. (ECF No. 23.) The Court, therefore, will set a schedule for further proceedings in this action.

20
21
22

It is therefore ordered that petitioner will have 120 days from the date of entry of this order to file an amended petition, or a notice stating that amendment of his petition is unnecessary.

23
24
25
26

It is further ordered that respondents will have sixty (60) days from the date on which the amended petition is filed, or sixty (60) days from the date on which petitioner files his notice that amendment is unnecessary, to answer or otherwise respond to the petition.

27
28

It is further ordered that, if respondents file a motion to dismiss, petitioner will thereafter have sixty (60) days to respond to the motion to dismiss, and then

1   respondents will have thirty (30) days to file a reply in support of their motion. If

2   respondents file an answer, petitioner will thereafter have sixty (60) days to file a reply.

3

4        DATED THIS 26th day of May 2016.

5                                        _____

6                                        MIRANDA M. DU
                                         UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28