UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

RICARDO IRIVE,

Petitioner,

v.

TIMOTHY FILSON, *et al.,*

Respondents.

Case No. 3:15-cv-00487-MMD-WGC

ORDER

In this habeas corpus action, the respondents filed an answer on November 6, 2017. The petitioner, Ricardo Irive, was then due to file a reply by January 5, 2018. *See* Order entered May 26, 2017 (ECF No. 24) (60 days for reply).

On January 5, 2018, Irive filed a motion for extension of time (ECF No. 39), requesting a 49-day extension, to February 23, 2018. Irive's counsel states that the extension of time is necessary because of his obligations in other cases. Respondents do not oppose the motion for extension of time. The Court finds that the motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the motion for extension of time.

However, in view of the age of this case and the amount of time Irive will have had to file the reply, *the Court will not be inclined to further extend this deadline.*

It is therefore ordered that petitioner's motion for extension of time (ECF No. 39) is granted. Petitioner will have until February 23, 2018, to file his reply.

DATED THIS 19th day of January 2018

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE