UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICARDO IRIVE,<br><br>                  Petitioner,<br>    v.<br><br>TIMOTHY FILSON*, et al.,*<br><br>                  Respondents. | Case No. 3:15-cv-00487-MMD-WGC<br><br>ORDER |

In this habeas corpus action, the respondents filed an answer on November 6, 2017. After a 49-day extension of time, the petitioner, Ricardo Irive, was due to file a reply by February 23, 2018. (*See* Order entered May 26, 2017 (ECF No. 24) (60 days for reply); Order entered January 19, 2018 (ECF No. 40) (49-day extension of time).)

On February 23, 2018, Irive filed a motion for extension of time (ECF No. 41), requesting a further 4-day extension, to February 27, 2018. Irive then filed his reply (ECF No. 43) on February 27, 2018.

Irive's counsel states that the extension of time was necessary because of unanticipated difficulty in locating and filing certain supplemental exhibits. Respondents did not oppose the motion for extension of time. The Court finds that the motion was made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the motion for extension of time.

It is therefore ordered that petitioner's motion for extension of time (ECF No. 41) is granted. Petitioner's reply (ECF No. 43), filed on February 27, 2018, will be treated as timely filed.

Dated this 1st day of March 2018

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE